IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| OAKS BROTHERS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 5:17-cv-00919 |
| | § | |
| WHITING-TURNER CONTRACTING COMPANY, | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S COMPLAINT

**TO THE HONORABLE DISTRICT JUDGE:**

OAKS BROTHERS, INC. ("Plaintiff") files this Plaintiff's Original Complaint against Whiting-Turner Contracting Company ("Defendant"), and for cause of action would respectfully show the Court as follows:

### I.
#### PARTIES, VENUE AND JURISDICTION

1. Plaintiff Oaks Brothers, Inc. is an Arkansas corporation with its principal place of business in Arkansas.

2. Defendant Whiting-Turner Contracting Company is a Maryland corporation with its principal place of business in Maryland.

3. Defendant regularly conducts business in the State of Texas.

4. The events complained of in this complaint occurred in San Antonio, Texas.

5. The amount in controversy, exclusive of interest and costs, exceeds $75,000.00. There is complete diversity among the parties. This Court has jurisdiction over the subject matter pursuant to 28 U.S.C. Section 1332.

6. This Court has personal jurisdiction over the parties and venue is proper.

## II.
## BACKGROUND

7. Plaintiff entered into a contract with defendant whereby plaintiff was to perform certain construction related work on the Bexar Metro project in San Antonio, Texas. A copy of the contract is attached hereto as Exhibit "A" and incorporated herein by reference.

8. Plaintiff performed its contractual obligations on said project. The project is complete or substantially complete.

9. Plaintiff is owed an outstanding balance in the amount of $148,188.50 on said project.

10. Plaintiff has made demand that defendant pay the remaining balance owed. A copy of the demand letter is attached hereto as Exhibit "B" and incorporated herein by reference.

11. Despite Plaintiff's demand, defendant has failed and refused to pay the amount owed to Plaintiff.

## III.
## PLAINTIFF'S CAUSES OF ACTION

### COUNT ONE-BREACH OF CONTRACT

12. Defendant's failure to timely and properly pay Plaintiff for work performed constitutes a material breach of the parties' agreement.

13. As a result of Defendant's breach, Plaintiff has been damaged in an amount equal to the work it performed on the project for which Plaintiff was not paid, the exact amount of which is to be determined at trial but certainly is in excess of the minimum amount required for diversity of citizenship jurisdiction.

14. Plaintiff seeks judgment of and from defendant.

15. Plaintiff is further entitled to and hereby seeks an award of attorneys fees, costs and prejudgment and post judgment interest.

## IV.

### JURY DEMAND

16. Plaintiff demands a trial by jury.

### PRAYER

Wherefore, Plaintiff prays judgment against Defendant in an amount to be determined at trial in excess of the minimum amount required for diversity of citizenship jurisdiction in federal court; for costs and attorneys' fees, for interest, and for all other proper relief.

Respectfully submitted,

By: _/s/ Clinton J. Echols_
Clinton J. Echols
State Bar No. 00790625
Federal No. 7079
RYMER, MOORE, JACKSON & ECHOLS, P.C.
2801 Post Oak Blvd., Suite 250
Houston, Texas 77056
(713) 626-1550 Telephone
(713) 626-1558 Facsimile

ATTORNEY FOR PLAINTIFF
OAK BROTHERS, INC.