AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
MAR 05 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| Oaks Brothers, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 5:17cv919-DAE |
| Whiting-Turner Contracting Company ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☑ other:   Accordingly, having already given Plaintiff notice, the Court will
DISMISS Plaintiff's claims against Whiting WITHOUT PREJUDICE pursuant
to Federal Rule of Civil Procedure 4(m). Fed. R. Civ. P. 4(m).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  David A. Ezra

Date:   03/05/2018

CLERK OF COURT

_____, Amy Jackson
*Signature of Clerk or Deputy Clerk*